IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

HERMAN HARRIS,
Plaintiff,
v.
ZACHERY PITTMAN and
MOOSE BUTLER,
Defendants.

**Judgment in a Civil Case**

Case Number: 5:13-CT-3087-BO

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED** that, pursuant to the Stipulation of Dismissal filed on December 10, 2013, plaintiff's claims against Defendant Moose Butler are dismissed with prejudice.

**JURY VERDICT.** The remaining claims in this action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on July 19, 2021.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff has not proved, by a preponderance of the evidence that Defendant Pittman's final two shots against Plaintiff were excessive.

This Judgment Filed and Entered with the Court's Approval on August 12, 2021, with service on:
Herman Harris, #0170084
Sanford Correctional Center
P.O. Box 2490
Sanford, NC 27330 (via U.S. Mail)

James C. Thornton, Lisa Y. Harper, D. Brandon Christian, Ronnie M. Mitchell and Michael Whyte (via CM/ECF Notice of Electronic Filing)

August 12, 2021

Peter A. Moore, Jr.
Clerk of Court

By: [signature]
Deputy Clerk